# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

George Andrew Vaughn

Plaintiff

v.

Sheryl Ramstad Hvass, Dennis Benson, Eric Skon, David Crist, and Mary McComb

Defendants

Case No. Civil 00-2614 DWF/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Magistrate JUdge Raymond L. Erickson's Report and Recommendation dated 12/29/00 is adopted. Plaintiff's action is summarily dismissed with prejudice. Plaintiff's application to proceed without prepayment of fees is denied as moot.

DATE: February 2, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk