UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

George Andrew Vaughn,

Plaintiff,

v.

Sheryl Ramstad Hvass; Dennis Benson, sued as Dennis L. Benson; Eric Skon; David Crist, sued as David R. Crist; and Mary McComb,

Defendants.

Civil No. 00-2614 (DWF/RLE)

**ORDER**

---

George A. Vaughn, Pro Se, #161792, Minnesota Correctional Facility, 970 Pickett Street North, Bayport, MN 55003-1490, Plaintiff.

---

This matter is before the Court upon Plaintiff's self-styled motion for reconsideration or to otherwise issue a clarification of judgment and to amend the judgment.

On February 1, 2001, the Court summarily dismissed with prejudice Plaintiff's action, pursuant to Title 28 U.S.C. § 1915A. At that time, Plaintiff's application to proceed without prepayment of fees was denied.

It also appears to this Court that Plaintiff has filed an appeal in the above-entitled matter. The Court will address the self-styled motion of the Plaintiff without reaching the issue of the Court's jurisdiction to do so.

FILED MAR 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon the Court's review of the record and the Court having reviewed the most recent presentation, request, and memorandum of the Plaintiff, and the Court being otherwise duly advised in the premises, the Court enters the following:

**ORDER**

Plaintiff's motion for reconsideration or, alternatively, for an amended judgment or clarification of judgment (Doc. No. 8) is **DENIED**.

Dated: March 28, 2001

DONOVAN W. FRANK
Judge of United States District Court