1420 062

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

FILED
JUL 27 2001
MICHAEL GANS
CLERK OF COURT

00-cv 2614 DWF/RLE

No. 01-1693

George Andrew Vaughn,

Appellant,

v.

Sheryl Ramstad Hvass; Dennis Benson, Sued as Dennis L. Benson, Erick Skon; David Crist, Sued as David R. Crist; Mary McComb,

Appellees.

Appeal from the United States District Court for the District of Minnesota

RECEIVED
BY MAIL
JUL 24 2006
CLERK, US DIST. COURT
ST. PAUL, MN

JUDGMENT

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed as untimely filed.

(5361-010199)

July 27, 2001

Order Entered at the Direction of the Court
Michael E. Gans
Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
JUL 24 2006
U.S. DISTRICT COURT ST. PAUL

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 19, 2006

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
708 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re: 01-1693 George Andrew Vaughn vs. Sheryl Ramstad Hvass

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Clerk of Court

srd

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable Donovan W. Frank
George Andrew Vaughn
Michael A. Hatch

District Court/Agency Case Number(s): CIV 00-2614 DWF/RLE